UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. BURNS,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPUTY S.L. THOMPSON, et al.,<br><br>   Defendants. | Case No. 18-CV-04581 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state pretrial detainee proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On October 15, 2018, the court dismissed plaintiff's complaint with leave to amend within twenty-eight days, and advised plaintiff that his failure to file an amended complaint within twenty-eight days would result in his case being dismissed. Dkt. No. 6.

The time to comply has passed, and plaintiff has failed to file an amended complaint. Accordingly, this case is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

DATED:  11/26/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-04581 LHK (PR)
ORDER OF DISMISSAL